IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JIMMY KIMBROUGH,

      Appellant,

 v.                       Case No. 5D22-1367
                           LT Case No. 2009-CF-21037-AX

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed November 22, 2022

3.850 Appeal from the Circuit Court
for Brevard County,
Charles G. Crawford, Judge.

Jimmy Kimbrough, Bushnell, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Robin A. Compton,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

EVANDER, EDWARDS and EISNAUGLE, JJ., concur.